MICHAEL E. WILLIAMS (SB: 095594)
Attorney at Law
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
Tel.: (760) 931-1784
Fax: (760) 931-0755
Email: atty@michaelewilliams.com

Attorney for: CONTINENTAL CENTRAL CREDIT, INC.
         A CALIFORNIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VAN TAYLOR AND KIE TAYLOR,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ADVANCED FINANCIAL COMPANY and CONTINENTAL CENTRAL CREDIT, INC.,<br><br><br>                    Defendants. | Case No. 4:19-cv-01334-HSG<br><br><br>**DEFENDANT CONTINENTAL CENTRAL CREDIT, INC., CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L. R. 3-15**<br><br><br>HONORABLE HAYWOOD S. GILLIAM, JR. |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L. R. 3-15, the undersigned certifies that the following listed

persons, associations of persons, partnerships, corporation, or other entities (i) have a

1

financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      a.)  Josh Marukelli:  Financial interest in Continental Central Credit, Inc.

      b.)  Grabrielita Spielman:  Financial interest in Continental Central Credit, Inc.

      c.)  Robert Black: Financial interest in Continental Central Credit, Inc.

Pursuant to Civil L. R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such other interest to report.

Respectively submitted.

Dated: May 29, 2019

/s/ Michael E. Williams_____
    Michael E. Williams,
    Attorney for Defendant,
    Continental Central Credit, Inc.

2