# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| VAN TAYLOR, et al., | Hon: Haywood S. Gilliam, Jr. |
| Plaintiffs, | Case No: 4:19-cv-01334-HSG |
| v. | **NOTICE OF SETTLEMENT** |
| ADVANCED FINANCIAL COMPANY, et al., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiffs, Van Taylor and Kie Taylor, through counsel, give notice of settlement as to Advance Financial Company only in the of the above-entitled matter. The parties, through their respective counsel, will be filing shortly a stipulation to dismiss this matter with prejudice as to Advance Financial Company only. Further, the parties respectfully request a thirty-day extension on any pending deadlines to finalize settlement negotiations.

Respectfully submitted this 10th day of June 2019.

By: *Brian Parker*
Brian Parker, Esq.
*(Pro Hac Vice)*
**DC CAPITAL LAW, LLP**
700 12th Street NW Ste 700
Washington, D.C. 20005
bparker@dccapitallaw.com
*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Edward Williams (SB: 095594)
Attorney at Law
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
atty@michaelewilliams.com
*Attorney for Defendant*