MICHAEL E. WILLIAMS (SB: 095594)
Attorney at Law
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
Tel.: (760) 931-1784
Fax: (760) 931-0755
Email: atty@michaelewilliams.com

Attorney for: CONTINENTAL CENTRAL CREDIT, INC.
A CALIFORNIA CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| VAN TAYLOR AND KIE TAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED FINANCIAL COMPANY and CONTINENTAL CENTRAL CREDIT, INC.,<br><br>Defendants. | Case No. 4:19-cv-01334-HSG<br><br>**MOTION AND ORDER FOR DEFENDANT CONTINENTAL CENTRAL CREDIT, INC.'S ATTORNEY TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: July 16, 2019<br>TIME: 2:00 p.m.<br>COURTROOM: 2, 4th Floor<br><br>HONORABLE HAYWOOD S. GILLIAM, JR. |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

1

Pursuant to Local Rule 16-10(a) and 7-11, Defendant, Continental Central Credit, Inc.'s counsel respectfully requests that this Court grant permission to, Michael E. Williams, to appear by telephone for the Case Management Conference.

WHEREAS, the Case Management Conference is scheduled for July 16, 2019, at 2:00 p.m.;

WHEREAS, the office of counsel for Defendant Continental Central Credit, Inc. is outside of the Northern District of California, specifically in the greater San Diego, California area;

WHEREAS, appearing telephonically will save Defendant's counsel considerable travel and other expenses related to traveling to the hearing, and enable counsel to meet additional obligations the day of the hearing;

NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED, subject to the approval of the Court, that Defendant Continental Central Credit, Inc's counsel, Michael E. Williams, will appear telephonically at the July 16, 2019 Case Management Conference.

Respectfully Submitted,

Dated: June 11, 2019

Michael E. Williams, Attorney at Law

_____/S/_____
Michael E. Williams
Attorney for Defendant,
Continental Central Credit, Inc.

1     Upon reviewing the Motion of Defendant Continental Central Credit, Inc.'s counsel, Michael E. Williams, to appear telephonically at the Case Management Conference, currently set for July 16, 2019 at 2:00 P.M., and,

    FOR GOOD CAUSE SHOWN AND GIVEN, the Defendant Continental Central Credit, Inc's Motion to Appear Telephonically at the Case Management Conference, on July 16, 2019 at 2:00 P.M. is hereby Granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: June 13, 2019      By: *Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court

3

**MOTION AND ORDER FOR DEFENDANT'S ATTORNEY TO APPEAR TELEPHONICALLY**
*TAYLOR V. ADVANCED FINANCIAL CO. AND CONTINENTAL CENTRAL CREDIT, INC.*
**CASE NO. 4-19-CV-01334-HSG**