Robert L. Shipley, Esq., CA State Bar No. 109420
rshipley@shipleylaw.com
Brandon S. Gray, Esq., CA State Bar No. 279881
bgray@shipleylaw.com
ROBERT L. SHIPLEY, APLC
2784 Gateway Road, Suite 104
Carlsbad, CA 92009
Telephone: 760.438.5199

Attorneys for Defendant
ADVANCED FINANCIAL COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **VAN TAYLOR** and **KIE TAYLOR**, <br><br> Plaintiffs, <br><br> vs. <br><br> **ADVANCED FINANCIAL COMPANY;** and **CONTINENTAL CENTRAL CREDIT, INC.** <br><br> Defendants. | CASE NO: 4:19-cv-01334-HSG <br><br> **MOTION AND [PROPOSED] ORDER FOR DEFENDANT ADVANCED FINANCIAL COMPANY'S ATTORNEY TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Honorable Haywood S. Gilliam, Jr. <br> Courtroom 2, 4th Floor <br><br> Date of Hearing: July 16, 2019 <br> Time of Hearing: 2:00 p.m. <br> Complaint Filed: 3/12/19 <br> Date of Trial: Not Assigned |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL FOR RECORD:

Pursuant to Local Rule 16-10(a) and 7-11, Defendant ADVANCED FINANCIAL COMPANY's ("Defendant") counsel respectfully requests that this Court grant permission to Robert L. Shipley to appear by telephone for the Case Management Conference.

WHEREAS, the Case Management Conference is scheduled for July 16, 2019, at 2:00 p.m.;

WHEREAS, the office of counsel for Defendant ADVANCED FINANCIAL COMPANY is outside of the Northern District of California, specifically in the County of San Diego, California area;

WHEREAS, Plaintiff and Defendant ADVANCED FINANCIAL COMPANY are in the process of finalizing settlement documents in its entirety, which will dismiss Defendant ADVANCED FINANCIAL COMPANY from this matter;

WHEREAS, appearing telephonically will save Defendant's counsel considerable travel and other expenses related to traveling to the hearing, and enable counsel to meet additional obligations the day of the hearing.

NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED, subject to the approval of the Court, that Defendant ADVANCED FINANCIAL COMPANY's counsel, Robert L. Shipley, will appear telephonically at the July 16, 2019 Case Management Conference.

ROBERT L. SHIPLEY, APLC

Dated: July 9, 2019

By: *s/Robert L. Shipley*
Robert L. Shipley, Esq.
rshipley@shipleylaw.com
Brandon S. Gray, Esq.
bgray@shipleylaw.com
Attorney for Defendant,
ADVANCED FINANCIAL COMPANY

# [PROPOSED] ORDER

Upon reviewing the Motion of Defendant ADVANCED FINANCIAL COMPANY's counsel, Robert L. Shipley, to appear telephonically at the Case Management Conference, currently set for July 16, 2019 at 2:00 p.m. and

FOR GOOD CAUSE APPEARING, Defendant ADVANCED FINANCIAL COMPANY's Motion to Appear Telephonically at the Case Management Conference, on July 16, 2019, at 2:00 p.m. is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: July 11, 2019

By: *[signature]*
The Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court