Roya Graziano, (Bar No. 239259)
**DC Capital Law, LLP**
700 12th Street NW, Ste 700
Washington, D.C. 20005
rgraziano@dccapitallaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VAN TAYLOR and KIE TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FINANCIAL COMPANY, CONTINENTAL CENTRAL CREDIT, INC., and STARDUST VACATION CLUB,<br><br>DEFENDANTS. | Hon: Haywood S. Gilliam, Jr.<br><br>Case No: 4:19-cv-01334-HSG<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiffs, VAN TAYLOR and KIE TAYLOR, ("Plaintiffs" or "Taylors"), by and through counsel, DC CAPITAL LAW, LLP, give notice of settlement as to CONTINENTAL CENTRAL CREDIT, INC. ("Defendant") in the above-entitled matter. The parties, through their respective counsel, will be filing shortly a stipulation to dismiss the matter with prejudice as to Continental Central Credit, Inc.

Respectfully submitted this 16th day of July 2019.

By: *Roya Graziano*
Roya Graziano, Esq.
**DC CAPITAL LAW, LLP**
700 12th Street NW Ste 700
Washington, D.C. 20005
Rgraziano@dccapitallaw.com
*Attorney for Plaintiff and
Potential Plaintiff Class Members*

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Edward Williams (SB: 095594)
Attorney at Law
5611 Palmer Way, Suite G2
Carlsbad, CA 92010
atty@michaelewilliams.com
*Attorney for Defendant*

/s/*Roya Graziano*
Roya Graziano, Esq.
**DC CAPITAL LAW, LLP**
700 12th Street NW Ste 700
Washington, D.C. 20005
Rgraziano@dccapitallaw.com
*Attorney for Plaintiff and*
*Potential Plaintiff Class Members*